NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
29768
05-SEP-2013
08:56 AM

NO. 29768

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
PAUL J. MATTES, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 05-1-1092)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, and Leonard, J.,
with Fujise, J., dissenting)

Upon consideration of the "Motion for Reconsideration" filed by Defendant-Appellant Paul J. Mattes on August 26, 2013, and the record and files in this case, it is hereby ordered that the motion is denied. See State v. Rivera, No. CAAP-11-0000774, 2012 WL 4344185, at *2 (Hawai'i App. Sept. 24, 2012) (SDO); State v. Shyanguya, No. 29655, 2012 WL 2383726, at *3-4 (Hawai'i App. June 25, 2012) (Memorandum Opinion).

Dated: Honolulu, Hawai'i, September 5, 2013.

Chief Judge

Associate Judge